UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Nancy Sue Speidell,   Case No. 3:21-cv-2284

    Plaintiff,

v.   MEMORANDUM OPINION
AND ORDER

Commissioner of Social Security,

    Defendant.

Before me is the Report and Recommendation ("R & R") of Magistrate Judge Carmen E. Henderson filed on September 16, 2022. (Doc. No. 10). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day window for objections has elapsed, and no objections have been filed.

Following review of Judge Henderson's R & R, I adopt it in its entirety as the Order of the Court. I agree that the ALJ's findings are supported by substantial evidence in the record. Further, Judge Henderson correctly concluded that the post-hearing evidence does not require remand in this case. Therefore, I affirm the ALJ's decision, as recommended by Judge Henderson, and close this case.

So Ordered.

                                                s/ Jeffrey J. Helmick
                                                United States District Judge